# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JASON M. HARRIS )<br>         Defendant. ) | Case No. 5:05CR40147-001-RDR |

## ORDER TO WITHDRAW SUPERVISED RELEASE VIOLATION PETITION

**NOW ON THIS** 13th day of October, 2010, the above-entitled matter comes before the Court at the request of the U.S. Probation Office for an Order Withdrawing the previously filed Violation Petition.

On May 18, 2006, the defendant, Jason M. Harris, appeared before the Court for sentencing subsequent to his conviction of Felon in Possession of a Firearm, a Class C Felony. He was sentenced to forty six (46) months custody of the Bureau of Prisons. A three (3) year term of Supervised Release was ordered to follow. The defendant was to begin his term of supervised release on December 24, 2008.

A Petition to Revoke Supervised Release was filed with the Court on July 19, 2010 alleging Mr. Harris failed to participate in mental health treatment. At that time, Mr. Harris' treatment provider believed he was at a high risk level to re-offend and was a danger to the community. As a result, the treatment provider refused to provide Mr. Harris services. The Court released the offender on bond conditions pending his final revocation hearing. On August 2, 2010, Mr. Harris' supervised release conditions were modified to include conditions of bond.

The Court has been notified by the U.S. Probation Officer that Mr. Harris has been participating in mental health counseling, has complied with the previously ordered conditions of bond supervision and does not appear to be at a high level to re-offend at this time. Additionally,

the Court has been notified by the U.S. Attorney's office that they do not object to the revocation action being withdrawn at this time.

**IT IS SO ORDERED** that the Supervised Release Violation Petition is withdrawn, effective on this date.

Dated this 13th day of October, 2010.

s/Richard D. Rogers
United States District Judge