IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                              Plaintiff,     )<br>                                              )<br>vs.                                           )<br>                                              )<br>JASON M. HARRIS,                 )<br>                              Defendant.   )<br>_____) | Case No.  05-40147-01-RDR |

### ORDER FOR CONTINUANCE

**NOW ON** this 19th day of October, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for a continuance of the final revocation hearing.

The Court, after reviewing the motion and being fully advised in the premises finds that the continuance is necessary, and that the motion should, therefore, be sustained.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. §3161(h)(7), in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the final revocation hearing in this case is continued to October 21, 2011 at 9:30 a.m. The Court further finds that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

s/Richard D. Rogers
United States District Judge